# ORIGINAL

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

JULIE LIGHTNER,
        Plaintiff

v.                                  CASE NUMBER: 1:04-CV-2334

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,
        Defendant

(Judge Conner)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT SUMMARY JUDGMENT BE AND IS HEREBY ENTERED in favor of defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and against plaintiff JULIE LIGHTNER, pursuant to the order of court, dated March 31, 2006.

Date: March 31, 2006

Mary E. D'Andrea, Clerk of Court

(By) Kimberly A. McKinney, Deputy Clerk